**ZANELLA LTD., Appellant,**

v.

**SAROYAN LUMBER COMPANY, Appellee.**

No. 05–1567.

United States Court of Appeals, Federal Circuit.

May 5, 2006.

Before LOURIE, SCHALL, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.